IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED CASHIER

CLERK'S OFFICE USDC PR

2023 MAY 8 PM2:46

Ricardo Riveraortiz
Plaintiff,

vs.

Case No.: 23-cv-1224 (Scc)
**JURY DEMANDED**

Panaderia Ritamar, Inc.
Defendant.

## COMPLAINT

Plaintiff, Ricardo Rivera Ortiz, ("Mr. Rivera") makes the following averments:

1. This is a civil action brought pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §§ 4301 - 4333 ("USERRA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to 38 U.S.C. § 4323(b)(3).

3. Venue is proper in this district under 38 U.S.C. § 4323(c)(2) because defendant, Panaderia Ritamar, Inc. ("Defendant"), maintains a place of business in this judicial district.

4. All statutory conditions precedent to the institution of this lawsuit have been fulfilled.

## PARTIES

5. Mr. Rivera resides in Cabo Rojo, Puerto Rico, which is within the jurisdiction of this Court.

6. The Defendant maintains a place of business at 955 Calle Urayoan, Cabo Rojo, Puerto Rico, 00623, within the jurisdiction of this Court. Defendant is an employer within the meaning of 38 U.S.C. § 4303(4)(A).

## CLAIMS FOR RELIEF

7. Mr. Rivera was on active duty from June 25, 2007 until June 22, 2008, and spent all or substantially all of his military service in support of Operation Iraqi Freedom ("OIF").

1

8. On June 22, 2008, Mr. Rivera completed his active duty with the Guard and received an honorable discharge.

9. On June 13, 2022, Mr. Rivera applied for a Cashier position ("Cashier") with the Defendant by electronic mail at Ritamarapt@gmail.com.

10. Unfortunately, Mr. Rivera was not selected for the position because of his past military service.

11. As a result, Mr. Rivera filed an USERRA complaint with the U.S. Department of Labor ("DOL") USERRA Case No.: PR-2023-00011-10-V-IRQ.

12. After completing an inquiry, the DOL issued a closing letter on March 22, 2023.

13. Defendant's violations of USERRA were willful.

14. Mr. Rivera has suffered substantial loss of earnings and other benefits of employment as a result of the Defendant's violations of USERRA.

## **PRAYER FOR RELIEF**

WHEREFORE, Mr. Rivera prays that the Court enters judgment against the Defendant, its officers, agents, employees, successors and all persons in active concert or participation with it, as follows:

1. declare that the Defendant violated Sections 4311 of USERRA, among other ways, by failing or refusing initial employment of Mr. Rivera as a Cashier;

2. declare that the Defendant's violations of USERRA were willful;

3. order that the Defendant fully comply with the provisions of USERRA, and promptly employ Mr. Rivera to the Cashier position at the level of seniority, status and compensation that he would have enjoyed had he been employed continuously with the Defendant from June 2022 until the present;

4. order that the Defendant fully comply with the provisions of USERRA, and promptly pay Mr. Rivera for his loss of earnings and benefits suffered by reason of the Defendant's failure or refusal to comply with USERRA;

5. award Mr. Rivera prejudgment interest on the amount of lost wages and benefits; and

6. grant such other and further relief as may be just and proper together with the costs and disbursements of this lawsuit.

_May 8, 2023_
_____
Date

_____
Ricardo Rivera Ortiz, Plaintiff, *pro se*
Post Office 1817,
Cabo Rojo, Puerto Rico, 00623
ricardo84riveraortiz@gmail.com